JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL NGUYEN,<br><br>   Plaintiff,<br><br>   v.<br><br>EQUIFAX INFORMATION SERVICES, LLC; WELLS FARGO BANK, N.A.,<br><br>   Defendants. | Case No. 8:25-cv-02092-JWH-JDE<br><br>The Hon. John W. Holcomb<br>Dept. Courtroom 9D—9th Floor<br><br>**ORDER ENTERING JOINT STIPULATION FOR ARBITRATION AND STAY OF CASE**<br><br>Action filed: September 16, 2025 |

Pursuant to the Joint Stipulation for Arbitration and to Stay Action of Plaintiff PAUL NGUYEN ("Plaintiff") and Defendant WELLS FARGO BANK, N.A. ("Wells Fargo," and collectively with Plaintiff, the "Parties"), and good cause appearing, it is hereby **ORDERED** as follows:

1. The Parties shall submit to binding nonjudicial arbitration.
2. The arbitration shall be conducted through the American Arbitration Association ("AAA")
3. This action shall be **STAYED** in its entirety until the arbitration has been completed. Any party may move at any time to modify or vacate the stay, for good cause shown.
4. The Parties are **DIRECTED** to file no later than May 22, 2026, and every 90 days thereafter, a Joint Status Report that advises the Court regarding the posture of the arbitration proceeding.
5. The Clerk is **DIRECTED** to close this case administratively.

**IT IS SO ORDERED.**

DATED:  February 13 , 2026

_____
Hon. John W. Holcomb
UNITED STATES DISTRICT JUDGE